FILED 03 JUN '25 15:56 USDC-ORP

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr- 00238-AB |
| v. | **INDICTMENT** |
| ZACHARY J. MAURICE, | **18 U.S.C. § 1361** |
| Defendant. | |

### THE GRAND JURY CHARGES:

### COUNT 1
### (Willfully Injuring or Committing Any Depredation Against Property of the United States)
### (18 U.S.C. § 1361)

On or about April 28, 2025, in the District of Oregon, defendant **ZACHARY J.**

**MAURICE** did knowingly and willfully injure and commit a depredation against property of the

United States, to wit: a Department of Homeland Security law enforcement vehicle, and the

resulting damage exceeded the sum of $1,000;

In violation of Title 18, United States Code, Section 1361.

Dated: June 3, 2025.

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLAM M. NARUS
Acting United States Attorney

NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney