SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**NICOLE M. HERMANN, OSB #126353**
Assistant United States Attorney
Nicole.Hermann@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00238-AB |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ZACHARY MAURICE,** | |
| **Defendant.** | |

On April 28, 2025, defendant used a brick to scratch the windows of a Federal Protective Services vehicle while the vehicle was parked during routine patrol in downtown Portland. He now appears before the Court for a change of plea and sentencing on a Superseding Misdemeanor Information for Wilfully Injuring or Committing any Depredation Against Property of the United States, in violation of 18 U.S.C. § 1361. Consistent with the plea agreement, the government recommends a sentence of 3 years of probation, restitution in the amount of $4,146, and a $25 fee assessment.

**Government's Sentencing Memorandum**     Page 1

I.    **The Offense Conduct**

On April 28, 2025, a Federal Protective Services (FPS) officer parked his law enforcement vehicle in downtown Portland along SW 6th and SW Morrison in order to perform routine patrol checks at the Pioneer Square Federal Courthouse. PSR ¶ 22. After conducting his patrol check, the officer returned to his vehicle and observed the defendant moving around the vehicle, scratching an object against the window(s) of the vehicle. *Id*.

When the officer asked the defendant what he was doing, the defendant dropped a brick he was holding and got down on the ground, placing his hands behind his back. PSR ¶ 23. The defendant was taken into custody and expressed that he wanted to go to jail. *Id*. The FPS officer further examined his patrol vehicle and noted deep scratches on most of the windows of the vehicle, including on the passenger side mirror. *Id*. The scratches were consistent with having been made by the brick defendant was holding when the officer first approached. *Id*.

The FPS vehicle was later taken for repairs by the General Services Administration (GSA) who paid $4,146 to replace the window panels in all four doors, the rear windshield, three additional window panels, and the passenger side mirror on the FPS patrol vehicle. PSR ¶ 24.

/ / /

/ / /

/ / /

/ / /

/ / /

**Government's Sentencing Memorandum**                                                                          **Page 2**

## II. The Charges & Guilty Plea

On June 3, 2025, a federal grand jury returned a single-count indictment charging defendant with Willfully Injuring or Committing Any Depredation Against Property of the United States in violation of 18 U.S.C. §1361. ECF No. 1. The indictment alleged conduct resulting in damage that exceeded $1000.

Simultaneous to the filing of this sentencing memorandum, the government will file a superseding misdemeanor information charging a single count of Willfully Injuring or Committing Any Depredation Against Property of the United States in violation of 18 U.S.C. §1361. The superseding information alleges conduct resulting in damage but does not enumerate a damage threshold, thus charging a misdemeanor offense. It is anticipated that defendant will enter a plea of guilty to the sole count in the superseding misdemeanor information and proceed to sentencing on the same day.

## III. Guideline Computations

The Probation Office prepared a presentence report, and the government agrees with the calculations therein. Defendant starts at a Base Offense Level (BOL) 6. PSR ¶ 31. After a 2-level reduction for acceptance, defendant reaches a Total Offense Level (TOL) of 4. PSR ¶ 38 - 39. The government agrees with Probation that defendant scores one (1) criminal history point, placing him in Criminal History Category I. PSR ¶ 43.

## IV. Government's Recommended Sentence

The government recommends a sentence of three years of probation, with the terms recommended by Probation, restitution in the amount of $4,146, and a $25 special assessment. The defendant is already on state supervision for a similar incident of vandalism that occurred three days prior to the incident in this case. While the damage to the FPS vehicle is notable, the

recommended sentence takes into account the totality of the defendant's circumstances and the work done on pretrial services for the last several months to address the root causes of the two April 2025 incidents. Such a sentence promotes respect for the law, acts as a deterrent, and provides just punishment for the offense.

Dated: March 4, 2026

                                                  SCOTT E. BRADFORD
                                                  United States Attorney

                                                  */s/ Nicole M. Hermann*
                                                  NICOLE M. HERMANN, OSB #126353
                                                  Assistant United States Attorney